UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

GEORGE T. HAYES, JR,

                Plaintiff,

- against -

THE INTERPUBLIC GROUP OF COMPANIES,
INC., MCCANN-ERICKSON USA, INC. and
DOE CORPORATIONS 1-5,

                Defendants.

-----------------------------------------------------------x

06-CV-4415 (AKH)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/08
```

## STIPULATION OF DISCONTINUANCE WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants, through their respective attorneys, that the action and claims by Plaintiff against Defendants shall be and hereby are dismissed with prejudice, and that each party shall bear its own costs and attorneys' fees.

Dated: New York, New York
        September 29, 2008

SCHWARTZ & PERRY LLP

By: _____
    Murray Schwartz, Esq.
    Brian Heller, Esq.
295 Madison Avenue
New York, New York 10017
(212) 889-6565
Attorneys for Plaintiff

SEYFARTH SHAW LLP

By: _____
    Dov Kesselman, Esq.
    Christina Fletcher, Esq.
620 Eighth Avenue
New York, New York 10018
(212) 218-5507
Attorneys for Defendants

So ordered:

_____
Part I USDJ
10/17/08

NY1 26529516.5